# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **THEODORE A. FATH, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 14-CV-0600-CVE-FHM |
| ) | |
| **DRIVE CLEAN MANAGEMENT, LLC,** ) | |
| d/b/a Boomerang Carwash, an Arkansas ) | |
| limited liability company, ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

This matter has come before the Court for consideration and an opinion and order, Dkt. # 48, granting summary judgment in favor of defendant on plaintiff's claim has been entered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment for defendant and against plaintiff is hereby entered.

**DATED** this 5th day of August, 2015.

_Claire V. Eagan_
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE