# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Theodore A. Fath, Jr.,

                  Plaintiff(s),

vs.                                    Case Number: 14-cv-600-CVE-FHM

Drive Clean Management, LLC, d/b/a
Boomerang Carwash, an Arkansas limited
liability company,

                  Defendant(s).

## ORDER ON BILL OF COSTS

Judgment was entered in this case on August 5th, 2015 against plaintiff Theodore A. Fath, Jr..

The Clerk of Court taxed costs as follows:

| | |
|---|---:|
| Fees of the Clerk of Court | |
| Fees for Service of Summons and Subpoena | 803.59 |
| Fees of the Court Reporter for all or any part of the transcript necessarily obtained for use in the case | 2,916.48 |
| Fees and disbursement for printing | |
| Witness Fees | 112.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket Fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs | |
| TOTAL | 3,832.07 |

Accordingly, costs are taxed in favor of defendant Drive Clean Management, LLC, d/b/a Boomerang Carwash, an Arkansas limited liability company and against plaintiff Theodore A. Fath, Jr. and included in the judgment in the amount of:         $3,832.07

_____

Phil Lombardi, Clerk of Court